IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LISA MABARY, individually and on behalf of others similarly situated, | CIVIL ACTION NO. 4:10-cv-3936 |
| Plaintiff, | |
| v. | Filed Electronically |
| HOMETOWN BANK, N.A., | |
| Defendant. | |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff files this Notice of Supplemental Authority to apprise the Court of a recent decision by The Honorable David C. Godbey in the Northern District of Texas bearing directly on the issues raised in Plaintiff's Motion to Certify or Recertify Class and Defendant's opposition thereto. Specifically, Judge Godbey rejected every argument asserted by Defendant, here, and certified a class seeking statutory damages under the Electronic Funds Transfer Act, 15 U.S.C. § 1693 et seq. See Order and Opinion Denying Motion to Dismiss and Granting Motion to Certify Class in *Frey v. First National Bank Southwest*, Case No. 3:11-cv-3093 (N.D.Tex. Feb. 20, 2013) (Godbey, J.) attached hereto as Exhibit 1.

Respectfully submitted,

/s/ R. Bruce Carlson
R. Bruce Carlson (PA56657)
CARLSON LYNCH LTD
PNC Park
115 Federal Plaza, Suite 210
Pittsburgh, PA 15212
www.carlsonlynch.com
(p) 412 322-9243

1

Emil Lippe, Jr.
TX State Bar No. 12398300
emil@texaslaw.com
LIPPE & ASSOCIATES
600 N. Pearl Street, Suite S2460
South Tower, Plaza of the Americas
Dallas, Texas 75201
(p) 214.855.1850

**CERTIFICATE OF SERVICE**

I hereby certify that on February 25, 2013, a true and correct copy of Plaintiff's Notice of Supplemental Authority was served upon all counsel of record via the Court's electronic filing system.

/s/ R. Bruce Carlson